

**J. EDWARDS DIAMONDS**

SEE REVERSE SIDE FOR STORE POLICIES
1840 JOE BATTLE BLVD EL PASO TX 915-356-3535

| Sold To: | Ship To: |
|---|---|
| VELIA GARDEA<br>5287 SANTA ELENA<br>EL PASO TX 79932 | |

| Telephone: | Sales Person: |
|---|---|
| 490-9533 | 150 ERICA FLOOD |

| Date: | Account Type: | Account Number: |
|---|---|---|
| December 23, 2009 | ML | |

*** Cash Sale ***

| Item Number | Description | Quantity | Sell Price |
|---|---|---|---|
| | Slspl: 150 ERICA FLOOD | | |
| 13056690 | 3/4 CT RD IJ-SI2/I1 | 1 | 3,068.00 |
| | $419.00 Discount from Sell Price of $3,487.00 | | |
| JLAB04000 | LIFETIME MAINTENANCE | 1 | 0.00 |
| | GC 5488 | | |

60-1

| | | | |
|---|---|---|---|
| | | Subtotal | 3,068.00 |
| | | Tax | 253.11 |
| SALES TAX DISCOUNT | 253.11 | Total | 3,321.11 |
| WELLS FARGO | 3068.00 | | |
| | | Tot Paid | 3,321.11 |

REGISTER YOUR WARRANTY AT www.jedwardsdiamonds.com

Customer Signature: _Velia Gardea_

83578048 T145694 C134 SLC ST 401 15:31:05

12/28/2010 12:12PM (GMT-06:00)

01/25/2011 2:51:54 PM -060 VF FINANCIAL 800-346-3009   PAGE 24   OF 26
10-32536-hcm Doc#9-1 Filed 01/27/11 Entered 01/27/11 16:08:00 SALES SLIP AND INVOICE
Pg 2 of 2

Dec. 28. 2010-32586-hcm Claim#6-1 Filed 12/31/10 Main Document Page 3 of 5 Page. 3 of 1

# J EDWARDS DIAMONDS
7430 N MESA ST
EL PASO, TX 79912
(915) 833-5806

**Date:** 12/23/2009

**Transaction Type:** Sale

**Customer Account Number:** ███
**Authorization Number:** 023844
**Ticket Number:** 145694
**Plan Number:** 1161
**Manufacturer Number:** Not Applicable
**Net amount of sale:** $3,068.00
**Sales Person ID:** ERICA FLOOD

## Cardholder Terms

This transaction is under your credit agreement with Wells Fargo Financial National Bank. You give us a security interest on any goods purchased in this transaction.

**Signature:** *[signed]* VELIA GARDEA

60 MONTHS NO INTEREST; NO PAYMENTS FOR 12 MONTHS, THEN 48 MONTHS
PAYMENT IN FULL DURING NO INTEREST PERIOD